Case 05-73003   Doc 28   Filed 03/26/09   Entered 03/26/09 09:29:55   Desc Main
Document   Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  BOBBY L. CHAPMAN & DOROTHY R. CHAPMAN                    Case Number: 05-73003
1433 ELM STREET                             SSN-xxx-xx-4067 & xxx-xx-1097
ROCKFORD, IL  61102

Case filed on: 6/14/2005
Plan Confirmed on: 8/19/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $19,000.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 2,175.55 | 2,175.55 | 447.18 |
|  | Total Priority | 0.00 | 2,175.55 | 2,175.55 | 447.18 |
| 999 | BOBBY L. CHAPMAN | 0.00 | 0.00 | 79.27 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 79.27 | 0.00 |
| 001 | WINNEBAGO COUNTY CLERK | 588.46 | 588.46 | 588.46 | 77.02 |
| 017 | WINNEBAGO COUNTY CLERK | 872.34 | 872.34 | 872.34 | 114.17 |
| 018 | WINNEBAGO COUNTY CLERK | 973.08 | 973.08 | 973.08 | 127.32 |
| 019 | WINNEBAGO COUNTY CLERK | 1,239.04 | 1,090.27 | 1,090.27 | 162.18 |
| 020 | WINNEBAGO COUNTY CLERK | 737.35 | 737.35 | 737.35 | 96.47 |
|  | Total Secured | 4,410.27 | 4,261.50 | 4,261.50 | 577.16 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ASPIRE VISA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | MOORE, BURTON MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 874.03 | 874.03 | 874.03 | 45.84 |
| 006 | CREDITORS PROTECTION SERVICE, INC | 199.73 | 173.81 | 173.81 | 9.46 |
| 007 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FIVE & DRIVE AUTO SALES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | JC AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | KEMPER NATIONAL INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 1,942.28 | 1,942.28 | 1,942.28 | 101.90 |
| 013 | NICOR GAS | 506.38 | 506.38 | 506.38 | 26.60 |
| 014 | SBC CORPORATION | 1,951.11 | 1,951.11 | 1,951.11 | 102.36 |
| 015 | CREDITORS PROTECTION SERVICE, INC | 56.73 | 34.78 | 34.78 | 2.59 |
| 016 | MUTUAL MANAGEMENT SERVICES | 1,391.77 | 1,391.77 | 1,391.77 | 73.05 |
| 021 | CREDITORS BANKRUPTCY SERVICE | 144.46 | 144.46 | 144.46 | 6.85 |
|  | Total Unsecured | 7,066.49 | 7,018.62 | 7,018.62 | 368.65 |
|  | Grand Total: | 14,340.76 | 16,319.67 | 16,398.94 | 1,392.99 |

Total Paid Claimant:     $17,791.93
Trustee Allowance:        $1,208.07        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     100.00         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009            By  /s/Heather M. Fagan